# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
|  | ) |
|  | ) Case No. 5-07-cr-00063-011 |
|  | ) |
| v. | ) **ORDER** |
|  | ) |
| **ANTONIO ABURTO AVILA** | ) By: Glen E. Conrad |
|  | ) United States District Judge |
| Defendant. | ) |

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUL 0 8 2008
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea. Acceptance of the plea agreement is deferred, pending completion of a presentence report.

The Clerk is directed to send certified copies of this Order to all parties.

ENTER: July 8, 2008

/s/ Glen E. Conrad
United States District Judge